# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LINDA SMITH,<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>                Defendant. | 2:15-cv-00166-RCJ-VCF<br><br>**MINUTE ORDER** |

      Before the court is the *Linda Smith v. Bank of America, N.A.,* case number 2:15-cv-00166-RCJ-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., April 13, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

      Dated this 27th day of March, 2015.

                                                              _____

                                                             CAM FERENBACH<br>
                                                             UNITED STATES MAGISTRATE JUDGE