**MAZZEO LAW, LLC**
Injury Trial Attorneys

1 | SOA
PETER MAZZEO, ESQ.
2 | Nevada Bar No. 9387
**MAZZEO LAW, LLC**
3 | 528 S. Casino Center Blvd. Suite 305
Las Vegas, Nevada 89101
4 | P: 702.589.9898
F: 702.589.9829
5 | pmazzeo@mazzeolawfirm.com
*Attorneys for Plaintiff Linda Smith*
6

7

UNITED STATE DISTRICT COURT

8

DISTRICT OF NEVADA

9

* * * * *

10 | LINDA SMITH, an individual;          )   Case No.: 2:15-cv-166
                                      )
11 |          Plaintiff,                )
                                      )
12 |     vs.                           )
                                      )
13 | BANK OF AMERICA, N.A.; DOES I through )
XX, and ROE CORPORATIONS I through )
14 | XX, inclusive;                     )
                                      )
15 |          Defendants.              )
                                      )

16

### STIPULATION FOR SUBSTITUTION OF COUNSEL

17      PLEASE TAKE NOTICE that Plaintiff LINDA SMITH hereby substitutes MARIA

18 LOVENTIME U. ESTANISLAO, ESQ. of the law firm of MAZZEO LAW, LLC, 528 S. Casino

19 Center Boulevard, Suite 305, Las Vegas, Nevada 89101, as her attorney of record in place and stead

20 of KEITH GREGORY, ESQ., of the law office of KEITH GREGORY & ASSOCIATES as counsel

21 for Plaintiff LINDA SMITH, in the above-captioned matter.

22      DATED this 3rd day of April, 2015.

23

24                                   _____
                                      LINDA SMITH
25 | ///

26 | ///

27 | ///

28

1 of 3

1

2

The above substitution accepted:

DATED this 3rd day of ~~March~~ APRIL, 2015.

3

4

5

6

7

8

MAZZEO LAW, LLC

MARIA LOVENTIME U. ESTANISLAO, ESQ.
Nevada Bar No. 8059
528 S. Casino Center Blvd. Suite 305
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Linda Smith*

9

10

The above substitution approved:

DATED this 3rd day of April, 2015.

11

12

13

14

15

16

17

KEITH GREGORY & ASSOCIATES

MARIA ESTANISLAO, ESQ.
Nevada Bar No. 8059
631 S. Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Linda Smith*

18

**ORDER**

19

IT IS SO ORDERED.

20

21

22

UNITED STATES MAGISTRATE JUDGE

DATED: _____April 6, 2015_____

23

24

25

26

27

28

**MAZZEO LAW, LLC**
Injury Trial Attorneys