James B. Ball (SBN – 5212)
Poli & Ball, P.L.C.
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 380-8095

Ball@poliball.com

Attorneys for Bank of America, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.;<br>DOES I through XX and ROE<br>CORPORATIONS I through XX, inclusive;<br><br>Defendants. | Case No. 2:15-cv-166<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., this matter having been settled, Plaintiff Linda Smith and Defendant Bank of America, N.A., stipulate that this matter be dismissed with prejudice, each party to bear its fees and costs.

DATED this 10th day of May, 2016.

MAZZEO LAW, LLC                               POLI & BALL, P.L.C.


By */s/ Maria Loventime Estanislao*            By */s/ James B. Ball*
   *(with permission)*                         James B. Ball
   Maria Loventime Estanislao, Esq.            400 South Fourth Street, Suite 500
   631 South 10th Street                       Las Vegas, Nevada 89101
   Las Vegas, Nevada 89101                     Attorneys for Defendant
   Attorneys for Plaintiff Linda Smith          Bank of America, N.A.

**ORDER**

**UPON STIPULATION OF THE PARTIES, IT IS ORDERED DISMISSING THIS ACTION, WITH PREJUDICE, THE PARTIES TO BEAR THEIR OWN FEES AND COSTS.**

DATED: May 11, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2016, a true and correct copy of the foregoing was sent to the following, by postage-prepaid mail:

Maria Loventime Estanislao
MAZZEO LAW, LLC
631 South 10th Street
Los Vegas, Nevada 89101
Attorneys for Plaintiff

By: */s/ Linda Lieber*
Employee of Poli & Ball, PLC